IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARMA SERES, JASON SIMS, and
IMENTRA MITCHELL, individually and
on behalf of all others similarly situated,

      Plaintiffs,

vs.                                     CASE NO.: 4:06cv279-SPM/WCS

BLUEHIPPO FUNDING, LLC,

      Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement (doc. 43) and Northern District of

Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Court retains jurisdiction for a period of 60 days or until a joint

stipulation of dismissal is filed, which ever occurs first, during which time any

party may move to reopen for good cause shown.

DONE AND ORDERED this 26th day of September, 2006.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
United States District Judge